**JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 12822
**THE MEDRALA LAW FIRM PROF. LLC**
1091 S. Cimarron Road, Suite A-1
Las Vegas, Nevada 89145
(702) 475-8884
(702) 938-8625 Facsimile
Jmedrala@medralaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| URSZULA BRUMER, an Individual, and MALGORZATA KASPRZAK-GUZEK, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>Defendant. | 3:17-cv-00576-MMD-WGC<br><br>**STIPULATION AND ORDER REGARDING FRCP 35 MEDICAL EXAMINATION OF PLAINTIFF MALGORZATA KASPRZAK-GUZEK** |

IT IS HEREBY STIPULATED AND AGREED by and between LAURIE GRAY ("Defendant") and the Plaintiff MALGORZATA KASPRZAK-GUZEK (the "Plaintiff"), to the terms of the FRCP Rule 35 Examination of Plaintiff to be conducted by James Forage, M.D. ("Doctor") as follows:

1. The scope of the examination is limited to the injuries Plaintiff alleges were caused by the subject accident and which are within the Doctor's field of expertise.

2. No persons shall be present during the examination other than Plaintiff, the Doctor and members of the Doctor's staff.

3. The Doctor will treat Plaintiff with the same respect with which he treats his patients.

4. The Doctor will not require the Plaintiff to sign or fill out any document(s) that had not been provided to the Plaintiff's counsel at least three business days prior to the examination.

5. The Plaintiff will identify herself at the time of the examination by providing the Doctor with her valid ID.

6. During the examination, the Doctor will not conduct any invasive procedures, including, but not limited to incisions, injections, rectal examination, body fluids sampling, DNA sampling, MRI, X-Rays, hair sampling, etc.

7. The Doctor will retain all handwritten notes, e-mails sent and received, and all documents generated or received, including draft reports, related to the examination.

8. The Doctor will produce a copy of his entire file upon request by the Plaintiff's counsel, including any test materials or raw data.

9. The Doctor will not videotape the Plaintiff.

10. The Doctor will not discuss with the Plaintiff issues involving liability of the case. However, the Doctor is permitted to ask questions regarding the cause of the Plaintiff's alleged injury in the forms that will be provided to Plaintiff's counsel prior to the Examination.

11. The Doctor will accurately report his/her findings and test results.

12. The Doctor acknowledges that his/her deposition may be taken in this case, and he will cooperate with the scheduling of same and comply with any subpoena for documents.

13. The Doctor acknowledges that his/her testimony may be used to cross-examine him/her in the future.

14. The examination will take place on May 10, 2018 at 3:00 p.m. at the Doctor's office located at 861 Coronado Center Drive, Suite #200, Henderson, Nevada 89052.

15. Plaintiff shall arrive ten (10) minutes earlier than the scheduled appointment time.

16. Prior to the examination, Defense counsel shall provide the Doctor with a copy of this Stipulation and Order. The Doctor will review and agree to the terms of this Stipulation and Order and will place his signature below.

17. Defendant recognizes that the Plaintiff will travel from Poland to attend her examination. For this limited purpose and without accepting liability or obligation for any future travel costs or expenses, the Defendant agrees to pay for 50% of the Plaintiff's round-trip airfare from Poland to Las Vegas, and back to Poland.

18. The parties agree that during the Plaintiff's stay in Las Vegas for the purpose of conducting the examination, the Defendant will also conduct the Plaintiff's deposition.

19. If Plaintiff requires an interpreter for the examination, Plaintiff shall put Defendant on notice of this requirement, and advise Defendant of her preferred language, at least fifteen (15) days prior to the examination.

///

///

///

///

///

///

///

///

///

20. Defendant and the Plaintiff Kasprzak-Guzek have entered into this Stipulation and have requested that the Court issue and Order incorporating its terms.

DATED May 3, 2018.

| | |
|---|---|
| **MESSNER REEVES LLP** | **THE MEDRALA LAW FIRM PLLC** |
| /s/ Scott Rogers | /s/ Jakub Medrala |
| **SCOTT ROGERS, ESQ.** | **JAKUB P. MEDRALA, ESQ.** |
| Nevada Bar No. 13574 | Nevada Bar No. 12822 |
| 5556 S. Fort Apache Road, Suite 100 | 1091 S. Cimarron Road, Suite A-1 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89145 |
| E-mail: srogers@messner.com | E-mail: jmedrala@medralaw.com |
| *Attorneys for Defendant* | *Attorney for Plaintiffs* |

### ORDER

**IT IS SO ORDERED.**

DATED: May 4, 2018

*/s/ William G. Cobb*
**UNITED STATES MAGISTRATE JUDGE**