M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: cmeyer@messner.com
rfinch@messner.com
rloosvelt@messner.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| URSZULA BRUMER, an individual, and MALGORZATA KASPRZAK-GUZEK, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>Defendant. | Case No. 3:17-cv-00576-MMD-WGC<br><br>**STIPULATION AND ORDER REGARDING LIABILITY** |

…

…

…

…

{03385474 / 1}

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED BETWEEN Defendant, LAURIE GRAY, and Plaintiffs URSZULA BRUMER and MALGORZATA KASPRZAK-GUZEK, by and through their respective counsel of record, as to liability, as Defendant accepts liability as to breach of duty of care for the subject accident only. Defendant reserves all other rights and defenses to the claim, including defenses to causation and damages. |

DATED this 8th day of April, 2019.

**MESSNER REEVES LLP**

/s/ *Ryan A. Loosvelt*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorney for Defendants*

DATED this 8th day of April, 2019.

**THE MEDRALA LAW FIRM, Prof. LLC**

*Jakub P. Medrala*
Jakub P. Medrala, Esq.
Nevada Bar No. 12822
1091 S. Cimarron Road, Suite A-1
Las Vegas, NV 89145
*Attorney for Plaintiffs*

{03385474 / 1}

# **ORDER**

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the parties' request in the above entitled action is hereby GRANTED.

**IT IS SO ORDERED**:

DATE this 8th day of April, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted by:

**MESSNER REEVES LLP**

/s/ *Ryan A. Loosvelt*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorney for Defendants*

{03385474 / 1}