M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:   cmeyer@messner.com
             rfinch@messner.com
             rloosvelt@messner.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| URSZULA BRUMER, an individual, and MALGORZATA KASPRZAK-GUZEK, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>Defendant. | Case No. 3:17-cv-00576-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO EXCLUDE DAMAGES/MOTION FOR PARTIAL SUMMARY JUDGMENT (FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties to this action agree and stipulate to extend the current Reply deadline Scheduling Order (Doc. 30), by extending the current deadline to file Reply In Support of Defendant's Motion to Exclude Damages/Motion for Partial Summary Judgment from April 29, 2019 to May 6, 2019.

Parties seeks a one week extension through May 6, 2019 to allow Defendant to file her Reply In Support of Motion to Exclude Damages/Motion For Partial Summary Judgment. This is the first request for an extension of the deadline. There is good cause for the timely requested extension due to

defense counsel's pre-planned trip outside the contiguous United States as well as computer connectivity issues incurred while traveling. The extension will not interfere with the hearing on the Motion.

DATED this 29th day of April, 2019

MESSNER REEVES, LLP


*/s/ Ryan A. Loosvelt*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
*Attorneys for Defendant*

DATED this 29th day of April, 2019

THE MEDRALA LAW FIRM, Prof. LLC


*/s/ Jakub P. Medrala*
Jakub P. Medrala, Esq.
Nevada Bar No. 12822
1091 South Cimarron Road, Suite A-1
Las Vegas, NV 89145
*Attorney for Plaintiffs*

{03431975 / 1}

## <u>ORDER</u>

BASED UPON THE STIPULATION OF THE PARTIES and good cause appearing therefore

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the current deadline to file

Reply In Support of Defendant's Motion to Exclude Damages/Motion for Partial Summary Judgment

is May 6, 2019.

**IT IS SO ORDERED**:

DATE this __29th__ day of April, 2019.

_____

**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted by:

**MESSNER REEVES LLP**


*/s/ Ryan A. Loosvelt*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
*Attorneys for Defendant*

{03431975 / 1}