# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| URSZULA BRUMER, *et al.*, | ) | 3:17-cv-00576-MMD-WGC |
|  | ) |  |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
|  | ) |  |
| vs. | ) | May 7, 2019 |
|  | ) |  |
| LAURIE GRAY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Due to extensive briefing regarding Defendant's Motion to Preclude Untimely Disclosed Damages (ECF No. 39), the motion hearing scheduled on **Tuesday, May 14, 2019, at 1:30 p.m.** is **VACATED** and will be rescheduled as soon as the court's calendar will accommodate it.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　By:              /s/
　　　　　　　　　　　　　　　　　　Deputy Clerk