# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| URSZULA BRUMER, an individual, and MALGORZATA KASPRZAK-GUZEK, an individual<br><br>Plaintiffs,<br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>Defendant. | Case No. 3:17-cv-00576-MMD-WGC<br><br>**ORDER RE:**<br>**STIPULATION AND ORDER TO CONTINUE OPPOSITION DEADLINE TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF JAMES S. FORAGE, M.D.** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Defendant, LAURIE GRAY, and Plaintiffs URSZULA BRUMER and MALGORZATA KASPRZAK-GUZEK, by and through their respective counsel of record, that the deadline for Defendant to file her opposition to Plaintiffs' Motion *in Limine* to Exclude Expert Testimony of James S. Forage, M.D. currently set for July 24, 2019, shall be continued to July 31, 2019.

/ / /

{03590605 / 1}

| | |
|---|---|
| DATED this 24th day of July, 2019. | DATED this 24th day of July, 2019. |
| */s/ Christina Mundy-Mamer* | */s/ Jakub P. Medrala* |
| **M. CALEB MEYER, ESQ.**<br>Nevada Bar No. 13379<br>**RENEE M. FINCH, ESQ.**<br>Nevada Bar No. 13118<br>**CHRISTINA MUNDY-MAMER, ESQ.**<br>Nevada Bar No. 13181<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant* | **JAKUB P. MEDRALA, ESQ.**<br>Nevada Bar No. 12822<br>1091 S. Cimarron Road, Suite A-1<br>Las Vegas, Nevada 89145<br>E-mail: jmedrala@medralaw.com<br>*Attorney for Plaintiffs* |

## **ORDER**

**IT IS SO ORDERED.**

DATED: July 25, 2019

_____
**UNITED STATES DISTRICT JUDGE**

{03590605 / 1}