

**JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 12822
**The Medrala Law Firm Prof. LLC**
1091 S. Cimarron Road, Suite A-1
Las Vegas, Nevada 89145
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| URSZULA BRUMER, an Individual, and MALGORZATA KASPRZAK-GUZEK, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>Defendant. | CASE NO.: 3:17-cv-00576-MMD-WGC<br><br>**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF JAMES S. FORAGE, M.D.** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs URSZULA BRUMER and MALGORZATA KASPRZAK-GUZEK, and Defendant LAURIE GRAY, that the deadline for the Plaintiffs to file their reply to Defendant's Opposition (ECF No. 60) to Motion *in Limine* to Exclude Expert Testimony of James S. Forage, M.D. (ECF No. 56) currently set for August 7, 2019, shall be continued to August 14, 2019.

/ / /

| | |
|---|---|
| Dated this 6th day of August 2019. | Dated this 6th day of August 2019. |
| /s/ Jakub P. Medrala | /s/ Christina Mundy-Mamer |
| **Jakub P. Medrala, Esq.**<br>1091 S. Cimarron Road, Suite A-1<br>Las Vegas, Nevada 89145<br>*Attorney for Plaintiffs* | **M. Caleb Meyer, Esq.**<br>Nevada Bar No. 13379<br>**Renee M. Finch, Esq.**<br>Nevada Bar No. 13118<br>**Christina Mundy-Mamer, Esq.**<br>Nevada Bar No. 13181<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

DATED: August 8, 2019

_____
**UNITED STATES ~~MAGISTRATE~~ JUDGE**