

1  **JAKUB P. MEDRALA, ESQ.**
   Nevada Bar No. 12822
2  **The Medrala Law Firm Prof. LLC**
   1091 S. Cimarron Road, Suite A-1
3  Las Vegas, Nevada 89145
   (702) 475-8884
4  (702) 938-8625 Facsimile
   jmedrala@medralaw.com
5  *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| URSZULA BRUMER, an Individual, and MALGORZATA KASPRZAK-GUZEK, an Individual, | CASE NO.: 3:17-cv-00576-MMD-WGC |
|---|---|
| **Plaintiffs,** | |
| vs. | **STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE RESPONSES TO DEFENDANT'S MOTION IN LIMINE #1 AND MOTION IN LIMINE #2** |
| LAURIE GRAY, an Individual, | |
| **Defendant.** | |

**IT IS STIPULATED AND AGREED,** by and between Plaintiffs URSZULA BRUMER and MALGORZATA KASPRZAK-GUZEK, and Defendant LAURIE GRAY, that the deadline for the Plaintiffs to file their responses to Defendant's Motion in Limine #1 to Preclude Plaintiffs' Claims for Future Damages (ECF No. 75), and Defendant's Motion in Limine #2 to Exclude Unsupported Damages Claims (ECF No. 74) currently set for May 18, 2020, shall be continued to May 28, 2020.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated this 15th day of May 2020. | Dated this 15th day of May 2020. |
| /s/ Jakub P. Medrala | /s/ Christina Mundy-Mamer |
| **Jakub P. Medrala, Esq.**<br>1091 S. Cimarron Road, Suite A-1<br>Las Vegas, Nevada 89145<br>*Attorney for Plaintiffs* | **M. Caleb Meyer, Esq.**<br>Nevada Bar No. 13379<br>**Renee M. Finch, Esq.**<br>Nevada Bar No. 13118<br>**Christina Mundy-Mamer, Esq.**<br>Nevada Bar No. 13181<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant* |

ORDER

**IT IS SO ORDERED.**

DATED: May 18, 2020

_____
**UNITED STATES DISTRICT JUDGE**

2