M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy-Mamer, Esq.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:   cmeyer@messner.com
          rfinch@messner.com
          cmamer@messner.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| URSZULA BRUMER, an individual, and MALGORZATA KASPRZAK-GUZEK, an individual<br><br>Plaintiffs,<br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>Defendant. | Case No.  3:17-cv-00576-MMD-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE OPPOSITION DEADLINE TO PLAINTIFF'S MOTION TO PRESENT TESTIMONY BY REMOTE TRANSMISSION AND TO APPOINT INTERPRETER AT TRIAL [ECF NO. 90] AND MOTION TO APPOINT INTERPRETER AT TRIAL [ECF NO. 91]** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Defendant, LAURIE GRAY, and Plaintiffs URSZULA BRUMER and MALGORZATA KASPRZAK-GUZEK, by and through their respective counsel of record, that the deadline for Defendant to file her oppositions to Plaintiffs' Motion to Present Testimony by Remote Transmission and to Appoint Interpreter at Trial (ECF No. 90) and Motion to Appoint Interpreter at Trial (ECF No. 91), currently set for September 22, 2020, shall be continued to September 25, 2020.

{04389263 / 1}

DATED this  22nd day of September, 2020.                    DATED this  22nd day of September, 2020.

/s/ Christina Mundy-Mamer                                   /s/ Jakub P. Medrala
_____                                 _____
**M. CALEB MEYER, ESQ.**                                    **JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 13379                                        Nevada Bar No. 12822
**RENEE M. FINCH, ESQ.**                                    1091 S. Cimarron Road, Suite A-1
Nevada Bar No. 13118                                        Las Vegas, Nevada 89145
**CHRISTINA MUNDY-MAMER, ESQ.**                             E-mail: jmedrala@medralaw.com
Nevada Bar No. 13181                                        *Attorney for Plaintiffs*
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED:  9/24/2020

_____
**UNITED STATES DISTRICT JUDGE**

{04389263 / 1}

# CERTIFICATE OF SERVICE

I hereby certify that on this __22nd__ day of September, 2020, a true and correct copy of the foregoing **STIPULATION AND ORDER TO CONTINUE OPPOSITION DEADLINE TO PLAINTIFF'S MOTION TO PRESENT TESTIMONY BY REMOTE TRANSMISSION AND TO APPOINT INTERPRETER AT TRIAL [ECF NO. 90] AND MOTION TO APPOINT INTERPRETER AT TRIAL [ECF NO. 91]** was filed and served upon the following by the method indicated:

| | |
|---|---|
| Jakub P. Medrala, Esq.<br>THE MEDRALA LAW FIRM, Prof. LLC<br>1091 S. Cimarron Road, Suite A-1<br>Las Vegas, NV 89145<br>(702) 475-8884 (Telephone)<br>(702) 938-8624 (Facsimile)<br>jmedrala@medralaw.com<br>Attorney for Plaintiffs | ☒ via U.S. Mail<br>☐ via Hand Delivery<br>☐ via Facsimile<br>☐ via Overnight Delivery<br>☒ via CM/ECF<br>☒ via Electronic Mail |

*/s/ Kimberly Shonfeld*
Employee of MESSNER REEVES LLP

{04389263 / 1}