M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy-Mamer, Esq.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:     (702) 363-5101
E-mail:   cmeyer@messner.com
              rfinch@messner.com
              cmamer@messner.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| URSZULA BRUMER, an individual, and MALGORZATA KASPRZAK-GUZEK, an individual<br><br>Plaintiffs,<br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>Defendant. | Case No.  3:17-cv-00576-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Defendant, LAURIE GRAY, and Plaintiffs URSZULA BRUMER and MALGORZATA KASPRZAK-GUZEK, by and through their respective counsel of record, that the trial of this matter shall be continued to the Court's next available firm trial setting wherein all trial counsel of record are available.

To the extent allowed by the Court's calendar, the Parties respectfully request that the Court set a firm trial date. The Parties also stipulate that the existing order granting the Plaintiffs' motion to

{04429572 / 1}

present testimony by remote transmission (ECF No. 99) will remain in place for the duration of the continued trial.

The purpose of the parties' stipulation is to attempt to resolve the evidentiary issues that gave rise to Defendant's Motion to Preclude Plaintiffs' Presentation of Evidence at Trial and/or to Continue Trial on an Expedited Basis (ECF No. 100). Therefore, the parties stipulate that the Defendant's Motion be withdrawn.

DATED this 12th day of October, 2020.              DATED this 12th day of October, 2020.

/s/ Christina Mundy-Mamer                          /s/ Jakub P. Medrala
_____                    _____
**M. CALEB MEYER, ESQ.**                           **JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 13379                               Nevada Bar No. 12822
**RENEE M. FINCH, ESQ.**                           1091 S. Cimarron Road, Suite A-1
Nevada Bar No. 13118                               Las Vegas, Nevada 89145
**CHRISTINA MUNDY-MAMER, ESQ.**                    E-mail: jmedrala@medralaw.com
Nevada Bar No. 13181                               *Attorney for Plaintiffs*
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.** Jury trial is continued to the 2/8/2021 trial stack. Calendar call is set for 2/1/2021 at 1:00 PM (telephonic.)

DATED: October 13, 2020

_____
**UNITED STATES DISTRICT COURT JUDGE**

{04429572 / 1}