**JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 12822
**The Medrala Law Firm Prof. LLC**
615 S. 6th Street
Las Vegas, Nevada 89101
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| URSZULA BRUMER, an Individual, and MALGORZATA KASPRZAK-GUZEK, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>Defendant. | CASE NO.: 3:17-cv-00576-MMD-WGC<br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF TRIAL** |

    Plaintiff Malgorzata Kasprzak-Guzek., and Defendant Laurie Gray hereby stipulate, agree and request that the Court continue the jury trial in this matter to the trial stack on **October 31, 2022**.

    This matter is set for a jury trial beginning August 8, 2022. However, the parties were recently informed that the trial would not being until August 15, 2022. However, between August 11, 2022 and August 31, 2022, the Plaintiff's expert witness, Dr. Andrew Cash, will not be available to attend the trial, not even through remote means of communication.

    Given this situation, counsel for the parties have conferred and agreed that it is necessary to request a further continuance of the August 8 trial setting. Counsel have discussed their respective litigation schedules over the next few months and have determined they have mutual availability for trial starting on October 31, 2022.

This stipulation for continuance of trial is made in good faith and is not intended to delay or hinder the proceedings. Good cause exists for the continuance in light of the scheduling conflict for Plaintiff's expert witness, which cannot be avoided and could not have been foreseen until the parties learned that the trial would not begin until August 15, 2022.

The parties' agreement is made in consideration of the Court's trial calendar and in furtherance of the resolution of this case in accordance with Federal Rule of Civil Procedure 1.

IT IS SO STIPULATED.

Respectfully submitted this 29th day of June, 2022.

| THE MEDRALA LAW FIRM, PLLC | MESSNER REEVES LLP |
|---|---|
| By: /s/ Jakub P. Medrala<br>**Jakub P. Medrala, Esq.**<br>The Medrala Law Firm, PLLC<br>615 South 6th Street<br>Las Vegas, Nevada 89101<br>jmedrala@medralaw.com<br>*Counsel for Plaintiff* | By: /s/ Christina M. Mamer<br>**Christina M. Mamer, Esq.**<br>8945 W. Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>cmamer@messner.com<br>*Counsel for Defendant* |

## ORDER

The Court accepts the parties' Stipulation for continuance of trial. This case is re-set for a jury trial on the stacked calendar on **January 23, 2023**, at **9:00 a.m.**. The parties shall appear for a calendar call on **January 17, 2023**, at **1:00 PM (telephonically)**.

Dated this __30th__ day of June, 2022.

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT CHIEF JUDGE