M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy, Esq.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail:   cmeyer@messner.com
              rfinch@messner.com
              cmundy@messner.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| URSZULA BRUMER, an individual, and MALGORZATA KASPRZAK-GUZEK, an individual<br><br>            Plaintiffs,<br>vs.<br><br>LAURIE GRAY, an Individual,<br><br>            Defendant. | Case No.  3:17-cv-00576-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Defendant LAURIE GRAY, by and through counsel of record, M. Caleb Meyer, Esq., Renee M. Finch, Esq., and Christina Mundy, Esq., of MESSNER REEVES, LLP, and Plaintiffs URSZULA BRUMER and MALGORZATA KASPRZAK-GUZEK, by and through counsel of record, Jakub P. Medrala, Esq. of THE MEDRALA LAW FIRM, Prof. LLC, that the above-entitled matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a),with each of the parties to pay their own attorneys' fees and costs incurred herein.

///

///

///

///

///

{07011740 / 1}

1      IT IS FURTHER STIPULATED that the trial currently scheduled to commence on May 9, 2023 and all trial related deadlines are vacated.

Dated this 14th day of February, 2023

**MESSNER REEVES, LLP**

*/s/ Christina Mundy*

M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy, Esq.
Nevada Bar No. 13181
8945 W. Russell Road Ste 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

Dated this 13th day of February, 2023.

**THE MEDRALA LAW FIRM, Prof. LLC**

*/s/ Jakub P. Medrala*

Jakub P. Medrala, Esq.
Nevada Bar No. 12822
1091 South Cimarron Road, Suite A-1
Las Vegas, NV 89145
*Attorney for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated this  14th  day of  February , 2023.

_____
**UNITED STATES DISTRICT JUDGE**

{07011740 / 1}